# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ROBERT LANDER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant.<br>_____ | Case No. ED CV 14-339-PSG (SP)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that: (1) plaintiff's unexhausted claim the Social Security Administration underpaid his Supplemental Security Income ("SSI") benefits after May 2012 be dismissed without prejudice; and (2) Judgment

be entered affirming the decision of the Commissioner requiring plaintiff to repay the SSI overpayments received from February 1, 2010 through August 1, 2011.

Dated: _9/28/15_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE